GIBBS, GIDEN, LOCHER & TURNER LLP

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| United States of America for the use and benefit of CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC., a foreign corporation,<br><br>Plaintiff,<br><br>v.<br><br>MT. GRANT ELECTRIC, an unknown entity; DAY & ZIMMERMAN HAWTHORNE CORPORATION, a Delaware corporation; and AMERICAN CONTRACTORS INDEMNITY CO., a surety.<br><br>Defendants. | CASE NO.: 3:06-cv-00309-BES-RAM<br><br>**ORDER** |
|---|---|

This matter is before the undersigned Magistrate Judge on the Discovery Plan and Scheduling Order.

The Court having reviewed the Discovery Plan and Scheduling Order and good cause appearing therefore,

IT IS HEREBY ORDERED that the Discovery Plan and Scheduling Order is **GRANTED** and the schedule contained therein is adopted by the Court.

Dated this 18th day of September, 2006.

_____
ROBERT A. McQUAID, JR.
United States Magistrate Judge

19076.1

1